# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: hcales | Date Created: 2/13/2018 |
| Case: 18−10342−cgm | Form ID: 309I | Total: 21 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Eddie A. Coryat | 104 West 118 Street    New York, NY 10026 |
| ust | United States Trustee | Office of the United States Trustee    U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014 |
| tr | Krista M. Preuss | Chapter 13 Standing Trustee    399 Knollwood Road    White Plains, NY 10603 |
| aty | Norma E. Ortiz | Ortiz & Ortiz, LLP    32−72 Steinway Street    Suite 402    Astoria, NY 11103 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor    Attn: Legal Affairs − Devora Cohn    Brooklyn, NY 11201−3719 |
| 7288794 | AMEX    CORRESPONDENCE | PO BOX 981540    EL PASO, TX 79998 |
| 7288795 | BANK OF AMERICA    NC4−105−03−14 | PO BOX 26012    GREENSBORO, NC 27410 |
| 7288796 | CAPITAL ONE    PO BOX 30253 | SALT LAKE CITY, UT 84130 |
| 7288797 | CHASE CARD SERVICES    ATTN: CORRESPONDENCE DEPT | PO BOX 15298    WILMINGTON, DE 19850 |
| 7288798 | CITIBANK/SEARS    CITICORP CREDIT SRVS/CENTRALIZED BANKRUP | PO BOX 490040    ST. LOUIS, MO 63179 |
| 7288799 | CORPORATION COUNSEL OF    THE CITY OF NEW YORK | TAX & BANKRUPTCY DIVISION    100 CHURCH STREET, 4TH FLOOR    NEW YORK, NY 10007 |
| 7288800 | DEPARTMENT OF ENVIRONMENTAL    PROTECTION | CUSTOMER SERVICE CENTER    59−17 JUNCTION BOULEVARD, 13TH    ELMHURST, NY 11373 |
| 7288801 | DISCOVER FINANCIAL    PO BOX 3025 | NEW ALBANY, OH 43054 |
| 7288802 | EVERHOME MORTGAGE CO/EVER BANK    ATTN: BANKRUPTCY DEPARTMENT | 301 WEST BAY STREET    JACKSONVILLE, FL 32202 |
| 7288803 | INTERNAL REVENUE SERVICE    CENTRALIZED INSOLVENCY OP | POST OFFICE BOX 7346    PHILADELPHIA, PA 19101−7346 |
| 7288804 | NYC DEPARTMENT OF FINANCE    66 JOHN STREET, ROOM 104 | NEW YORK, NY 10038 |
| 7288805 | NYC HOUSING PRESERVATION    & DEVELOPMENT | 100 GOLD STREET    NEW YORK, NY 10038 |
| 7288806 | NYS DEPT OF TAXATION & FINANCE    BANKRUPTCY SECTION | P.O. BOX 5300    ALBANY, NY 12205−0300 |

TOTAL: 21