# ORTIZ & ORTIZ, L.L.P.

Attorneys at Law
32-72 Steinway Street, Suite 402
Astoria, New York 11103

Frank A. Ortiz *(1931 to 2016)*
Norma E. Ortiz*

Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com

⎯⎯⎯⎯⎯

Martha J. de Jesus*
Jeannette Ortiz-Haussman, Of Counsel
Kay Uswatte, Of Counsel
 * (Admitted in New York and New Jersey)

**VIA ECF**

March 18, 2019

Honorable Cecilia G. Morris
U.S. Bankruptcy Court
One Bowling Green
New York, New York 10004

Re:    **Eddie A. Coryat,  Chapter 13**
        **Case No. 18-10342-CGM**

Dear Judge Morris:

My firm represents Eddie A. Coryat (the "Debtor") and submits this letter as a status report on his behalf regarding the loss mitigation process in his chapter 13 case.

Since the last status report submitted by the Debtor in this case, TIAA Bank, the servicer for the Debtor's first mortgage, requested additional information from the Debtor.  Today, the Debtor submitted the additional financial documents requested to TIAA Bank's loss mitigation point of contact.  As a result, the next step in this loss mitigation process is for the servicer to review this submission and issue a decision on the Debtor's application.

For the foregoing reason, the Debtor respectfully requests an adjournment of this week's status conference to the next available date in late April 2019 to permit the servicer to complete its review of the updated application.

Very truly yours,

*/s/Martha J. de Jesus*

Martha J. de Jesus, Esq.
Associate

cc:    Ms. Deborah Callahan
       Shapiro, DiCaro & Barak, LLC
       Designated Loss Mitigation Contact